UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Case No. 05-cr-278-01-SM

Kenneth P. Beard

O R D E R

      Defendant's assented-to motion to continue the trial (document no. 16) is granted. Trial has been rescheduled for the July 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 27, 2006. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  June 28, 2006  11:30 AM

    Jury Selection:          July 6, 2006 at 9:30 AM

    SO ORDERED.

April 24, 2006

                                           Steven J. McAuliffe
                                           Chief Judge

cc:  Debra Walsh, Esq.
     Tony Soltani, Esq.
     U. S. Probation
     U. S. Marshal